LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARIA CEJA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08-CV-01660-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Confidential Letter Brief up to and including July 15, 2009. This extension is necessary so that the undersigned counsel for the Commissioner may seek permission for a voluntary remand of this matter.

///

///

///

///

///

The parties submit that, if permission for voluntary remand cannot be secured, this matter will proceed in accordance with the original scheduling, i.e., Plaintiff shall have 30 days from the date of Defendant's response to her letter brief to file an opening brief with the Court, Defendant shall have 30 days to respond to Plaintiff's opening brief and Plaintiff shall have 15 days to file a reply, if any, to Defendant's responsive brief.

                                          Respectfully submitted,

Dated: June 29, 2009

                                          */s/Robert Ishikawa*

                                          ROBERT ISHIKAWA
                                          (as authorized via telephone 6/29/09)
                                          Attorney at Law

                                          Attorney for Plaintiff

Dated: June 29, 2009                       LAWRENCE G. BROWN
                                          Acting United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                       By:

                                          */s/ Elizabeth Firer*

                                          ELIZABETH FIRER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

                                                 **ORDER**

APPROVED AND SO ORDERED.

DATED:  June 30, 2009                   /s/ Sandra M. Snyder
                                          SANDRA M. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE