LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8937
   Facsimile: (415) 744-0134
   E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARIA CEJA, ) | CIVIL NO. 1:08-CV-01660 OWW SMS |
|    Plaintiff, ) | |
|      v. ) | STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for a further proceedings including a new hearing and decision.

     Upon remand, the Appeals Council will direct an Administrative Law Judge to:

     Obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base (Social Security Ruling 83-14). The hypothetical questions should reflect the specific capacity/limitations established by the record as a whole. The Administrative Law Judge will ask the vocational expert to identify examples of appropriate jobs, if such jobs exist, and to state the incidence of such jobs in the national economy. Further, before relying on

the vocational expert evidence the Administrative Law Judge will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT) and its companion publication, the Selected Characteristics of Occupations (Social Security Ruling 00-4p).

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: July 20, 2009  /s/ *Robert Ishikawa*
(As authorized via email)
ROBERT ISHIKAWA
Attorney for Plaintiff

Dated: July 20, 2009  LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

IT SO ORDERED...

IT IS SO ORDERED.

**Dated:   July 27, 2009**            **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

2 - Stip & Order of Sentence Four Remand