BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

 333 Market Street, Suite 1500
 San Francisco, California 94105
 Telephone: (415) 977-8937
 Facsimile: (415) 744-0134
 Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARIA CEJA, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br> MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br> )<br> Defendant. )<br>_____ ) | CIVIL NO. 1:08-cv-01660 SMS<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

 IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the

Equal Access to Justice Act, (EAJA) in the amount of TWO THOUSAND, FOUR HUNDRED SIXTY-

THREE DOLLARS AND TWELVE CENTS ($2,463.12). This amount represents compensation for all

legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in

accordance with 28 U.S.C. § 2412(d).

 This stipulation does not constitute an admission of liability on the part of Defendant under the

EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and

all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: February 1, 2010    */s/Robert Ishikawa*
           *(As authorized via telephone)*

           ROBERT ISHIKAWA
           Attorney for Plaintiff

           BENJAMIN WAGNER
           United States Attorney

Dated: February 1, 2010  By: */s/ Elizabeth Firer*
           ELIZABETH FIRER
           Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of TWO THOUSAND, FOUR HUNDRED SIXTY-THREE DOLLARS AND TWELVE CENTS ($2,463.12), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.


IT IS SO ORDERED.

**Dated:  February 5, 2010**      /s/ Sandra M. Snyder
           UNITED STATES MAGISTRATE JUDGE